UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SANDRA CRENSHAW,                )
                               )
            Plaintiff,          )
                               )      CIVIL ACTION NO.
VS.                             )
                               )      3:19-CV-2214-G (BT)
CITY OF DALLAS,                 )
                               )
            Defendant.          )

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and

recommendation of United States Magistrate Judge Rebecca Rutherford dated

November 15, 2019.  No objections were filed.  The district court has reviewed the

proposed findings, conclusions, and recommendation for plain error.  Finding none,

the court **ACCEPTS** the findings, conclusions, and recommendation of the United

States Magistrate Judge.

     **SO ORDERED**.

December 9, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**